El Pueblo, Demandante y Apelado, *v.* Soto y Cortés, Acusados y Apelantes.

Apelación procedente de la Corte de Distrito de Aguadilla en causa por adulterio.

No. 1599.—Resuelto en noviembre 26, 1920.

Denuncia—Objeciones Tardías.—Las objeciones en cuanto a la forma del juramento en una denuncia o a supuestos defectos en la firma del denunciante analfabeta, se plantean demasiado tarde cuando se formulan por primera vez ante la Corte Suprema.

Adulterio—Pena no Excesiva.—Habiéndose probado que el adulterio fué cometido en la casa del esposo ofensor en condiciones tales que fué presenciado por la esposa, apareciendo que los acusados continuaron viviendo en la casa después de haberse retirado de ella la esposa y sus hijos, no hay base para que el Tribunal Supremo disminuya, por excesiva, la sentencia que condenó a los acusados a sufrir un año de cárcel.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. García Ducós* y *Villaronga.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

El Juez Asociado Sr. Hutchison, emitió la opinión del tribunal.

Primero en la corte municipal y luego, después de un nuevo juicio, en la corte de distrito, los apelantes fueron declarados culpables de un delito de adulterio y condenados cada uno de ellos a sufrir un año de cárcel.

Se alega que la corte de distrito incurrió en error, primero, al actuar en la práctica del asunto sin tener jurisdicción para ello; segundo, por dejar de advertirse a los acusados de su derecho a un juicio por jurado, y tercero, por condenar a los acusados a sufrir un año de cárcel y las costas.

La alegación relativa a la falta de jurisdicción se funda en una supuesta firma defectuosa y en el juramento. El nombre "Guadalupe Martínez" aparece suscrito en la denuncia con una cruz entre el nombre y el apellido, pero sin las palabras que se acostumbran usar arriba y abajo del

signo.    No se hace mención alguna del nombre del denun-
ciante en el cuerpo de la denuncia o en el juramento y para
los fines de esta opinión debe admitirse que en algunos de
los demás particulares el juramento no puede recomendarse
como modelo.    Pero la denuncia parece indicar haber sido
jurada ante el secretario de la corte municipal y la objeción
a los defectos en cuestión se hace demasiado tarde cuando
se formula por primera vez ante esta corte.    *El Pueblo* v.
*García,* 18 D. P. R. 844; *El Pueblo* v. *Noble,* 19 D. P. R. 388.

Puesto que los apelantes no citan ninguna ley o autori-
dad en apoyo del segundo señalamiento, no es necesario que
consideremos ampliamente la cuestión que de tal modo ha
sido planteada.    Ni tampoco podemos estar de acuerdo con
los apelantes en que los hechos envueltos muestran que la
pena impuesta sea tan manifiestamente excesiva que requiera
ser modificada.    Los actos denunciados fueron cometidos en
la casa del esposo ofensor, que es una casa de vivienda de
dos habitaciones, a la inmediata presencia de la esposa de-
nunciante y de sus hijos y aparece que los dos acusados con-
tinuaron viviendo en la casa después de haberse retirado de
ella la esposa y sus hijos, siendo ésta la situación a la fecha
del juicio en la corte de distrito.

Dentro de las circunstancias, no estamos dispuestos a
dejar sin efecto la deliberada sentencia de los dos sucesivos
jueces sentenciadores respecto a la cuestión de una sentencia
de cárcel y el término de la misma.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, del Toro y Aldrey.